ACCEPTED
011400968CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/13/2015 2:34:56 AM
CHRISTOPHER PRINE
CLERK

## CASE NO. 01-14-00968-CV

| | | |
|---|---|---|
| CECILIA CLINKSCALE,<br>Appellant, | §<br>§<br>§ | IN THE FIRST DISTRICT |
| VS. | §<br>§<br>§ | COURT OF APPEALS |
| LEIROI MICKELE' DANIELS,<br>Appellee. | §<br>§ | HOUSTON, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/13/2015 2:34:56 AM
CHRISTOPHER A. PRINE
Clerk

### MOTION TO STAY APPEAL PENDING OUTCOME OF PETITION FOR REVIEW

TO THE HONORABLE JUSTICES OF THIS COURT:

Comes Now, Cecilia Clinkscale, Appellant, in the above styled civil action and files this *Motion To Stay Appeal Pending Outcome Of Petition For Review*, and in doing so, Appellant seeks to show this Court the following:

#### I.

Wednesday, March 4, 2015, and Thursday, March 5, 2015, this Court set forth notifications pertaining to the reporter's record and fees for producing the reporter's record in this appeal. *See* Exhibits 1 and 2.

#### II.

In the said notifications, this Court established that the reporter's record and-or written evidence from the court reporter confirming payment arrangements was due no later than 5:00PM, Monday, April 6, 2015. *See* Exhibit 2. In response to the Wednesday, March 4, 2015, and Thursday, March 5, 2015 notices, and to this Court's Tuesday, March 31, 2015, denial of *Appellant's Motion to Rehear Appellant's Notice of Appeal on the Denial of Pauper's Oath En Banc* (*See* Exhibit 3.), Appellant submitted a *Motion For Extension Of Time To File Reporter's Record*, Friday, April 3, 2015, and a correspondence explaining her basis of exemption, Monday, April 6, 2015.

#### III.

Friday, April 3, 2015, this Court issued its *Order And Notice Of Intent To Dismiss*. Tex. R. App. P. 42.3(c). *See* Exhibit 4.

#### IV.

Appellant has diligently pursued avenues available in this Court for review, and she understands that any and all judgment in this appeal is within the discretion of this Court. Tex. R. App. P. 19. As such, Appellant mindfully asks this Court to enforce Tex. R. App. P. 2, and to temporarily suspend Tex.

R. App. P. 5, and Tex. R. App. P. 42.3(c).

## V.

Further, Appellant asks this Court to stay this appeal, all further proceedings, and deadlines until the Supreme Court of Texas has adjudicated Appellant's *Petition For Review.* Tex. R. App. P. 53.

## VI.

Appellant believes that the civil action on appeal from the trial court has merit; therefore, she asks this Court to exercise its discretion.

## CONCLUSION AND PRAYER

Wherefore, Appellant, Cecilia Clinkscale, submits her *Motion To Stay Appeal Pending Outcome Of Petition For Review* in the interest of justice, and she respectfully requests this Court to enter an *Order* granting her said *Motion.* Thereto, Appellant requests the said relief and any additional relief to which she is justly entitled.

Respectfully submitted,

CECILIA CLINKSCALE

Appellant,
In Propria Persona

Dated: 4/13/2015

Post Office Box 42718,
Philadelphia, Pennsylvania 19101

Telephone: (215) 828-4516
Facsimile: (877) 669-1745
Email: cclinkscale@gmail.com

2

## CERTIFICATE OF CONFERENCE

I certify that I faxed a correspondence to Defendant, Mr. Leiroi Mickele' Daniels, Esquire, on Sunday, April 12, 2015. *See* Exhibit 5. He and I have not yet conferred; nonetheless, I am open to his considerations. Tex. R. App. P. 10.3(a)(2).

CECILIA CLINKSCALE

Plaintiff,
In Propria Persona

Dated: 4/13/2015

3

# CERTIFICATE OF SERVICE

Pursuant to Tex. R. App. P. 9.5(a)-(e), I, Cecilia Clinkscale, Appellant, do hereby certify that on this 13th day of April 2015, a true and correct copy of the attached and foregoing *Motion To Stay Appeal Pending Outcome Of Petition For Review* was served upon the recipients listed below in the following manner(s):

Mr. Christopher A. Prine,
Esquire,
Clerk of the Court,
Court of Appeals,
First District of Texas,
301 Fannin Street,
Room 208,
Houston, Texas 77002-2066

Service: e-file.txcourts.gov.

Mr. Leiroi Mickele' Daniels,
Esquire,
L. Mickele' Daniels & Associates,
Arena Tower I,
Suite 580,
7322 Southwest Freeway,
Houston, Texas 77074

Service: e-file.txcourts.gov and United States Postal Service first-class mail.

CECILIA CLINKSCALE

Appellant,
In Propria Persona

Dated: 4/13/2015

SHERRY RADACK
  CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
  JUSTICES



# Court of Appeals
# First District
## 301 Fannin Street
## Houston, Texas 77002-2066

CHRISTOPHER A. PRINE
  CLERK OF THE COURT

JANET WILLIAMS
  CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx

March 4, 2015

Court Reporter 113th District Court
201 Caroline, 10th Floor
Houston, TX 77002
* DELIVERED VIA E-MAIL *

**EXHIBIT 1**

**RE:   Court of Appeals Number:** 01-14-00968-CV     **Trial Court Case Number:** 2012-58724

**Style:** Cecilia Clinkscale v. Leiroi Mickele Daniels

Dear Reporter:

The reporter's record was due to be filed March 2, 2015, but it has not been received for filing. *See* TEX. R. APP. P. 35.1. Please file the reporter's record within 30 days of the date of this notice. *See* TEX. R. APP. P. 37.3(a)(1).

Or, you may use the information sheet on the Forms page of the Court's website, http://www.txcourts.gov/1stcoa, to notify my office that: (1) proceedings were not recorded; (2) no party has requested a reporter's record; (3) the party responsible for paying for preparation of the reporter's record has not paid the reporter's fee or has not made satisfactory arrangements to pay the fee and, is not entitled to appeal without paying the fee, i.e., the party is not indigent. *See* TEX. R. APP. P. 35.3 (b).

If either the reporter's record or a request for an extension of time is not filed by the due date, this matter will be referred to the Court so it can make whatever order is appropriate to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(1).

Sincerely,

Christopher A. Prine, Clerk of the Court

By Noemi E. Hernandez, Deputy Clerk

cc:    Judge 113th District Court (DELIVERED VIA E-MAIL)
The Honorable Chris Daniel (DELIVERED VIA E-MAIL)
L. Mickele Daniels (DELIVERED VIA E-MAIL)
Cecilia Clinkscale



SHERRY RADACK
 CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
 JUSTICES

# Court of Appeals
# First District of Texas
## 301 Fannin Street
## Houston, Texas 77002-2066

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
 CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx

**EXHIBIT 2**

March 5, 2015

L. Mickele Daniels
L. Mickele' Daniels & Associates
Arena Tower One,Ste 580
7322 Southwest Fwy
Houston, TX 77074-0000
* DELIVERED VIA E-MAIL *

Cecilia Clinkscale
P. O. Box 42718
Philadelphia, PA 19101
* DELIVERED VIA E-MAIL *

RE:    **Court of Appeals Number:** 01-14-00968-CV    **Trial Court Case Number:** 2012-58724

**Style:** Cecilia Clinkscale v. Leiroi Mickele Daniels

Dear Appellant:

The reporter's record was due to be filed March 2, 2015. From information currently available, the court reporter has not filed the reporter's record because (1) you failed to request a reporter's record or (2) you have not paid for the record or made arrangements to pay the reporter's fee to prepare it. *See* TEX. R. APP. P. 37.3(c). My records also indicate that you are *not* entitled to proceed without payment of costs. *See* TEX. R. APP. P. 20.

This is **NOTICE** that the Court may require you to file your brief and can consider and decide your appeal on those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). The final deadline to submit written evidence from the court reporter that you have paid or made arrangements to pay the reporter's fee for preparing the reporter's record is **5:00 p.m., April 06, 2015.**

If you believe you are exempt from paying the reporter's fee, please file a written detailed explanation by the due date. *See* TEX. R. APP. P. 20.1 (establishing indigence). A written

response is required, even if you have previously claimed you are exempt from paying the reporter's fee.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Ora Patterson, Deputy Clerk

cc: Judge 113th District Court (DELIVERED VIA E-MAIL)
Sheila R. Skidmore (DELIVERED VIA E-MAIL)

EXHIBIT 3



## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:     Cecilia Clinkscale v. Leiroi Mickele Daniels

Appellate case number:   01-14-00968-CV

Trial court case number:  2012-58724

Trial court:             113th District Court of Harris County

Appellant's Motion to Rehear Appellant's Notice of Appeal on the Denial of Pauper's Oath En Banc is **DENIED**.

It is so ORDERED.

Judge's signature:____/s/_Harvey Brown____
                    Acting for the En Banc Court*

Date: March 31, 2015

* En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.

**EXHIBIT 4**



ORDER AND NOTICE OF INTENT TO DISMISS

Appellate case name:    Cecilia Clinkscale v. Leiroi Mickele Daniels

Appellate case number:    01-14-00968-CV

Trial court case number:  2012-58724

Trial court:              113th District Court of Harris County

Appellant's Motion for Extension of Time to File Initial Brief is **DISMISSED AS MOOT**. The record is not yet complete because the reporter's record has not been filed, and appellant's brief is not yet due. *See* TEX. R. APP. P. 38.6(a).

Appellant's Motion for Extension of Time to File Designation of Items to Have Included in the Record on Appeal is **DISMISSED AS MOOT**. The clerk's record was filed on March 6, 2015.

Appellant is not indigent, and is therefore responsible for payment of court fees and for the reporter's record.

Appellant has previously been notified by letter of March 5, 2015 that evidence must be submitted from the court reporter that the reporter's record has been paid for, or that arrangements have been made to pay for the reporter's record by 5:00 p.m. on April 6, 2015. That deadline remains. If arrangements for the reporter's record are not made, the Court may move forward and decide the appeal on those points and issues that do not require a reporter's record. TEX. R. APP. P. 37.3(c).

Further, appellant has not paid the $195.00 appellate filing fee to the clerk of this Court. If this fee is not paid within 10 days of the date of this order, the Court may dismiss the appeal without further notice. TEX. R. APP. P. 42.3(c).

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
             ☑ Acting individually    ☐ Acting for the Court

Date: April 3, 2015

Post Office Box 42718,
Philadelphia, Pennsylvania 19101
Phone: (215) 828-4516
Fax:    (877) 669-1745
Email: cclinkscale@gmail.com

## EXHIBIT 5

Sunday, April 12, 2015

Mr. Leiroi Mickele' Daniels,
Esquire,
L. Mickele' Daniels & Associates,
Arena Tower I,
Suite 580,
7322 Southwest Freeway,
Houston, Texas 77074
Fax:    (713) 995-4685

Dear Attorney Daniels:

This communication is to notify you that on Monday, April 13, 2015, I intend to file a *Motion To Stay Appeal Pending Outcome Of Petition For Review.*

I am open to your consideration on this matter.

Sincerely,

Ms. Cecilia Clinkscale

Appellant,
In Propria Persona

Post Office Box 42718,
Philadelphia, Pennsylvania 19101
Phone: (215) 828-4516
Fax:     (877) 669-1745
Email:  cclinkscale@gmail.com

Sunday, April 12, 2015

Mr. Leiroi Mickele' Daniels,
Esquire,
L. Mickele' Daniels & Associates,
Arena Tower I,
Suite 580,
7322 Southwest Freeway,
Houston, Texas 77074
Fax:     (713) 995-4685

Dear Attorney Daniels:

This communication is to notify you that on Monday, April 13, 2015, I intend to file a *Motion To Stay Appeal Pending Outcome Of Petition For Review*.

I am open to your consideration on this matter.

Sincerely,


Ms. Cecilia Clinkscale

Appellant,
In Propria Persona